## MANDAMUS—TAXATION.

[Hamilton Circuit Court.]

### STATE EX REL. MULLIKAN V. AUDITOR.

1. MANDAMUS AGAINST AUDITOR TO CORRECT TAX DUPLICATE.

Mandamus will lie to require the county auditor to correct his tax duplicate of an error in taxable property of relator and to require him to submit to the county commissioners relator's claim for taxes erroneously paid on account of such erroneous duplicate.

2. PRESUMPTION AS TO TAX APPRAISEMENT.

There is no conclusive presumption that all appraisements of real estate in the decennial year were made as of the second Monday in April.

MANDAMUS.

*Fred Hertenstein*, for the relator.

*Rendigs, Foraker & Dinsmore*, for the auditor.

This was a suit to require the county auditor to correct his duplicate as to the relator's property in Clifton by deducting $2,000, which, it was claimed, was added to the taxable value of the property by a clerical error, and to require the auditor to submit to the county commissioners the relator's claim for the taxes erroneously paid on the $2,000 addition since 1890.

SMITH, J. (Memorandum of decision.)

The relator's claim is an equitable and just one, and that the $2,000 addition was wrong, and the relief prayed for is granted. The court holds that the claim of counsel for the auditor that it must be conclusively presumed that all appraisements of real estate in the decennial year were made as of the second Monday in April is not well founded, and particularly when it is shown as a matter of fact that the valuation was made at a different time.